JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel* STEPHEN T. SCHUR,<br><br>         Plaintiffs,<br><br>vs.<br><br>MILLENNIUM LABORATORIES, INC.,<br><br>         Defendants. | CASE NO.: CV 11-02198-JFW (CWx)<br><br>ORDER OF DISMISSAL |

Based upon plaintiff and <u>Qui Tam</u> relator Stephen T. Schur's Notice of Voluntary Dismissal and Notice of Consent by the United States of America, it is hereby ordered that the above-captioned action is dismissed without prejudice.

Dated: November 15, 2011          _____
                                                          John F. Walter
                                                          United States District Judge